**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Darlene Anguiano, | Case No.: 2:26-cv-00363-GMN-MDC |
| Petitioner | **Order** |
| v. | |
| William Reubart, *et al*., | |
| Respondents | |

*Pro se* Petitioner Darlene Anguiano submitted a Petition for Writ of Habeas Corpus (ECF No. 1-2) under 28 U.S.C. § 2254, an Application to Proceed *In Forma Pauperis* ("IFP" (ECF Nos. 1, 1-1)), and a Motion for Appointment of Counsel (ECF No. 2). A $5.00 filing fee is required to initiate a habeas action in a federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. 28 U.S.C. § 1915; LSR 1-1, 1-2.

The financial certificate shows Anguiano is able to pay the $5 filing fee. ECF No. 1-1 at 10. Thus, she does not qualify for a fee waiver. The Court therefore denies the IFP Application and gives Anguiano 45 days to pay the $5 filing fee.

**IT IS THEREFORE ORDERED:**

1. The initial screening of Petitioner Darlene Anguiano's Petition for Writ of Habeas Corpus (ECF No. 1-2) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

2. Petitioner's Application to Proceed *In Forma Pauperis* (ECF Nos. 1, 1-1) is denied.

3.  **Within 45 days of the date of this order**, Petitioner must pay the $5 filing fee.

4.  Petitioner's failure to comply with this order within 45 days by paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED:      February 23, 2026

 

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE