**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Darlene Anguiano,

Petitioner

v.

William Reubart, *et al.*,

Respondents

Case No.: 2:26-cv-00363-GMN-MDC

**Order**

Petitioner Darlene Anguiano seeks an extension of time to file her Second Amended Petition. ECF No. 15. The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed Motion to Extend Time (ECF No. 15) is granted. Anguiano has until November 9, 2026, to file her Second Amended Petition.

DATED: October 9, 2026



GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE